IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LINDON WILLIAMS,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3656

Opinion filed December 21, 2016.

An appeal from an order of the Circuit Court for Duval County.
Mark Hulsey, Judge.

Lindon Williams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.